1  **BOIES SCHILLER FLEXNER LLP**
   K. LUAN TRAN (SBN 193808)
2  725 South Figueroa Street, 31st Floor
   Los Angeles, CA 90017
3  Telephone: (213) 629-9040
   Facsimile: (213) 629-9022
4  ltran@bsfllp.com

5  MAXWELL V. PRITT (SBN 253155)
   1999 Harrison Street, Suite 900
6  Oakland, CA 94612
   Telephone: (510) 874-1000
7  Facsimile: (510) 874-1460
   mpritt@bsfllp.com
8
   Attorneys for IRA KLEIMAN, as Personal
9  Representative of the Estate of David Kleiman,
   and W&K INFO DEFENSE RESEARCH, LLC
10

11                  **UNITED STATES DISTRICT COURT**

12                  **CENTRAL DISTRICT OF CALIFORNIA**

13                           **WESTERN DIVISION**

14

15 | IN RE SUBPOENA TO JOSEPH VAUGHN PERLING | Misc. Case No. 2:19-mc-00083 |

16 | IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC, | Underlying Litigation: Case No. 9:18-cv-80176-BB United States District Court Southern District of Florida |

   Plaintiffs,   **[DISCOVERY MATTER]**

   v.            **NOTICE OF APPEARANCE AS COUNSEL OF RECORD**

   CRAIG WRIGHT,

   Defendant.

NOTICE OF APPEARANCE AS COUNSEL OF RECORD

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT attorneys Maxwell V. Pritt (mpritt@bsfllp.com) and K. Luan Tran (ltran@bsfllp.com) of Boies Schiller Flexner LLP, members of the State Bar of California and admitted to practice before this Court, hereby appear as counsel on behalf of movants Ira Kleiman, as Personal Representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC.

Dated: June 5, 2019                                                  Respectfully Submitted,


*/s/ Maxwell V. Pritt*
Maxwell V. Pritt (SBN 193808)
BOIES SCHILLER FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone:   (510) 874-1000
Facsimile:    (510) 874-1460
mpritt@bsfllp.com

K. Luan Tran (SBN 193808)
BOIES SCHILLER FLEXNER LLP
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone:  (213) 629-9040
Facsimile:   (213) 629-9022
ltran@bsfllp.com

Attorneys for IRA KLEIMAN, as Personal Representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC

-1-
NOTICE OF APPEARANCE AS COUNSEL OF RECORD