NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

BOIES SCHILLER FLEXNER LLP
K. Luan Tran (SBN 193808)
725 South Figueroa Street, 31st Floor, Los Angeles, CA 90017
Telephone: (213) 629-9040; Email: ltran@bsfllp.com

Maxwell V. Pritt (SBN 253155)
1999 Harrison Street, Suite 900, Oakland, CA 94612
Telephone: (510) 874-1000; Email: mpritt@bsfllp.com

ATTORNEY(S) FOR: Ira Kleiman, et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IN RE SUBPOENA TO JOSEPH VAUGHN PERLING

Plaintiff(s),

v.

Defendant(s)

CASE NUMBER: 2:19-mc-00083

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for IRA KLEIMAN, as Personal Rep. of the Estate of David Kleiman, et al. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Ira Kleiman, as Personal Representative of the Estate of David Kleiman | Plaintiff in Underlying Litigation 9:18-cv-80176-BB (U.S.D.C. Southern District of Florida) |
| W&K Info Defense Research, LLC | Plaintiff in Underlying Litigation 9:18-cv-80176-BB (U.S.D.C. Southern District of Florida) |
| Craig Wright | Defendant in Underlying Litigation 9:18-cv-80176-BB (U.S.D.C. Southern District of Florida) |
| Joseph Vaughn Perling | Non-Party Subject to Subpoena |

June 5, 2019
Date

/s/ Maxwell V. Pritt
Signature

Attorney of record for (or name of party appearing in pro per):

Ira Kleiman, as Personal Rep. of the Estate of D. Kleiman, et al.