**BOIES SCHILLER FLEXNER LLP**
K. LUAN TRAN (SBN 193808)
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone: (213) 629-9040
Facsimile: (213) 629-9022
ltran@bsfllp.com

MAXWELL V. PRITT (SBN 253155)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
mpritt@bsfllp.com

Attorneys for IRA KLEIMAN, as Personal Representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO JOSEPH VAUGHN PERLING<br><br>IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>CRAIG WRIGHT,<br><br>    Defendant. | Misc. Case No. 2:19-mc-00083<br><br>Underlying Litigation:<br>Case No. 9:18-cv-80176-BB<br>United States District Court<br>Southern District of Florida<br><br>**[DISCOVERY MATTER]**<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br>**[C.D. CAL. L.R. 83-1.4]** |

NOTICE OF PENDENCY OF OTHER ACTIONS AND PROCEEDINGS

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT that, in compliance with Local Rule 83-1.4, Movants IRA KLEIMAN, as Personal Representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC hereby notify the Court that the above-referenced case is related to the following underlying action:

*Ira Kleiman, et al. v. Craig Wright*, Case No. 9:18-cv-80176-BB, U.S. District Court for the Southern District of Florida.

### A.     Plaintiffs

The plaintiffs in the underlying action are Ira Kleiman, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (collectively "Plaintiffs"). Plaintiffs are represented by Velvel (Devin) Freedman, Boies Schiller Flexner LLP, 100 SE Second Street, Miami, FL 33131, Telephone (305) 539-8400 and Kyle Roche, Boies Schiller Flexner LLP, 333 Main Street, Armonk, NY 10504, Telephone (914) 749-8200.

### B.     Defendant

The defendant in the underlying action is Craig Wright ("Wright"). Wright is represented by Andres Rivero, Jorge A. Mestre, Alan H. Rolnick, and Daniel Sox, Rivero Mestre LLP, 2525 Ponce de Leon Boulevard, Suite 1000, Miami, Florida 33134, Telephone: (305) 445-2500.

### C.     Common Subject Matter

The underlying action involves Plaintiffs' contention that Wright committed various torts against Movants and misappropriated their trade secrets. This case arose from the underlying action, in which the United States District Court for the Southern District of Florida issued the Subpoena to Joseph Vaughn Perling, a nonparty.

| | | |
|---|---|---|
| 1 | Dated: June 5, 2019 | Respectfully Submitted, |
| 2 | | |
| 3 | | */s/ Maxwell V. Pritt* |
| | | Maxwell V. Pritt (SBN 193808) |
| 4 | | BOIES SCHILLER FLEXNER LLP |
| | | 1999 Harrison Street, Suite 900 |
| 5 | | Oakland, CA 94612 |
| | | Telephone:   (510) 874-1000 |
| 6 | | Facsimile:    (510) 874-1460 |
| | | mpritt@bsfllp.com |
| 7 | | |
| | | K. Luan Tran (SBN 193808) |
| 8 | | BOIES SCHILLER FLEXNER LLP |
| | | 725 South Figueroa Street, 31st Floor |
| 9 | | Los Angeles, CA 90017 |
| | | Telephone:  (213) 629-9040 |
| 10 | | Facsimile:   (213) 629-9022 |
| | | ltran@bsfllp.com |
| 11 | | |
| | | Attorneys for IRA KLEIMAN, as Personal |
| 12 | | Representative of the Estate of David |
| | | Kleiman, and W&K INFO DEFENSE |
| 13 | | RESEARCH, LLC |

-2-

NOTICE OF PENDENCY OF OTHER ACTIONS AND PROCEEDINGS