1  **BOIES SCHILLER FLEXNER LLP**
   K. LUAN TRAN (SBN 193808)
2  725 South Figueroa Street, 31st Floor
   Los Angeles, CA 90017
3  Telephone:  (213) 629-9040
   Facsimile:   (213) 629-9022
4  ltran@bsfllp.com

5  MAXWELL V. PRITT (SBN 253155)
   1999 Harrison Street, Suite 900
6  Oakland, CA 94612
   Telephone:   (510) 874-1000
7  Facsimile:    (510) 874-1460
   mpritt@bsfllp.com
8
   Attorneys for IRA KLEIMAN, as Personal
9  Representative of the Estate of David Kleiman,
   and W&K INFO DEFENSE RESEARCH, LLC
10

11                          **UNITED STATES DISTRICT COURT**

12                          **CENTRAL DISTRICT OF CALIFORNIA**

13                                  **WESTERN DIVISION**

14

| | |
|---|---|
| 15  IN RE SUBPOENA TO JOSEPH VAUGHN PERLING | Misc. Case No. 2:19-MC-00083 |
| 16 | Underlying Litigation: |
| 17  IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC, | Case No. 9:18-cv-80176-BB United States District Court Southern District of Florida |
| 18 | **[DISCOVERY MATTER]** |
| 19          Plaintiffs, | |
| 20          v. | **NOTICE OF HEARING ON MOTION TO COMPEL COMPLIANCE WITH SUBPOENA** |
| 21  CRAIG WRIGHT, | |
| 22          Defendant. | Judge:          Judge Christina A. Snyder Hearing Date:  July 8, 2019 |
| 23 | Hearing Time:  10:00 a.m. Courtroom:     8D, 8th Floor |
| 24 | |

25

26

27

28

NOTICE OF HEARING ON MOTION TO COMPEL                                    Case No. 2:19-MC-00082
COMPLIANCE WITH SUBPOENA

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, on June 5, 2019, Ira Kleiman, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (collectively, the "Movants") filed a Motion to Compel Compliance With Subpoena and Memorandum of Points and Authorities in Support (the "Motion") (Dkt. 1) with the United States District Court for the Central District of California. Your opposition, if any, to the Motion was due on June 17, 2019. *See* Central Dist. L.R. 7-9, attached hereto as Exhibit 1 (Opposition papers must be served and filed no later than twenty-one (21) days before the date designated for the hearing of the motion).

PLEASE TAKE FURTHER NOTICE THAT a hearing on the Motion has been scheduled before the Honorable Christina A. Snyder, United States District Court Judge, for **Monday, July 8, 2019, at 10:00 a.m.**, or as soon thereafter as the matter may be heard, in Courtroom 8D of the First Street Courthouse, 350 W. First Street, Courtroom 8D, 8th Floor, Los Angeles, CA 90012. (Dkt. 7, attached hereto as Exhibit 2).

Dated: June 20, 2019                            Respectfully Submitted,

*/s/ Maxwell V. Pritt*
Maxwell V. Pritt (SBN 193808)
BOIES SCHILLER FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone:  (510) 874-1000
Facsimile:   (510) 874-1460
mpritt@bsfllp.com

K. Luan Tran (SBN 193808)
BOIES SCHILLER FLEXNER LLP
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone:  (213) 629-9040
Facsimile:  (213) 629-9022
ltran@bsfllp.com

Attorneys for IRA KLEIMAN, as Personal Representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC