# EXHIBIT 2

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Friday, June 7, 2019 10:23 AM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:19-mc-00083-CAS-E Ira Kleiman et al v. Craig Wright Text Only Notice (Attorney Civil Case Opening) |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 6/7/2019 at 10:22 AM PDT and filed on 6/7/2019
**Case Name:**      Ira Kleiman et al v. Craig Wright
**Case Number:**    2:19-mc-00083-CAS-E
**Filer:**
**Document Number:** 7(No document attached)

**Docket Text:**
**NOTICE OF HEARING on Motion Related to a Subpoena from Another District by Clerk of Court. Counsel is hereby notified that the MISC - Motion Related to Subpoena from Another District, [1] is set for hearing. Motion set for hearing on 7/8/2019 at 10:00 AM before Judge Christina A. Snyder. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ghap) TEXT ONLY ENTRY**

**2:19-mc-00083-CAS-E Notice has been electronically mailed to:**

Kinh-Luan Tran     ltran@bsfllp.com, Docket@ltlattorneys.com, gordon.garcia@ltlattorneys.com, joe.tuffaha@ltlattorneys.com, julie.choi@ltlattorneys.com, lynette.suksnguan@ltlattorneys.com

Maxwell V Pritt     mpritt@bsfllp.com, jchavez@bsfllp.com, mlareine@bsfllp.com

**2:19-mc-00083-CAS-E Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**