1  **BOIES SCHILLER FLEXNER LLP**
   K. LUAN TRAN (SBN 193808)
2  725 South Figueroa Street, 31st Floor
   Los Angeles, CA 90017
3  Telephone: (213) 629-9040
   Facsimile: (213) 629-9022
4  ltran@bsfllp.com

5  MAXWELL V. PRITT (SBN 253155)
   1999 Harrison Street, Suite 900
6  Oakland, CA 94612
   Telephone: (510) 874-1000
7  Facsimile: (510) 874-1460
   mpritt@bsfllp.com
8
   Attorneys for IRA KLEIMAN, as Personal
9  Representative of the Estate of David Kleiman,
   and W&K INFO DEFENSE RESEARCH, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| IN RE SUBPOENA TO JOSEPH VAUGHN PERLING<br><br>IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC,<br><br>      Plaintiffs,<br><br>  v.<br><br>CRAIG WRIGHT,<br><br>      Defendant. | Misc. Case No. 2:19-MC-00083<br><br>Underlying Litigation:<br>Case No. 9:18-cv-80176-BB<br>United States District Court<br>Southern District of Florida<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

At the time of service I was over 18 years of age and **not a party to this action.** My business address is 1999 Harrison Street, Suite 900, Oakland, California 94612.

On June 20, 2019, I served the following documents:

- **NOTICE OF ASSIGNMENT TO DISTRICT JUDGE CHRISTINA A. SNYDER AND MAGISTRATE JUDGE CHARLES F. EICK; and**
- **NOTICE OF HEARING ON MOTION TO COMPEL COMPLIANCE WITH SUBPOENA (WITH ATTACHED EXHIBITS 1 AND 2).**

I served the documents on the **persons** below, as follows:

**JOSEPH VAUGHN PERLING**
**4908 CALLE ROBLEDA**
**AGOURA HILLS, CA 91301**

The documents were served pursuant to F.R.Civ.P. 5(b) by the following means:

| | |
|---|---|
| ☐ | **By personal service.** I personally delivered the documents to the persons at the addresses listed above.  (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening. |
| ☑ | **By United States Certified or Registered mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above outside California. The package was:<br><br>☐ deposited the sealed envelope with the United States Postal Service, first class mail, with the postage fully prepaid, requiring a return receipt, Article No. _____.<br><br>☑ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope, first class mail, with the postage fully prepaid, requiring a return receipt, Article No. 7014 2870 0001 5047 6325. |
| ☐ | **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. |

-1-

CERTIFICATE OF SERVICE                                            Case No. 2:19-MC-00082

1      I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

2

3

4

5 Date: June 20, 2019          *By:* _____
                                                           Jessica Chavez

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

CERTIFICATE OF SERVICE                                      Case No. 2:19-MC-00082