UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MC19-00083-CAS(Ex) | Date | July 8, 2019 |
|---|---|---|---|
| Title | IN RE SUBPOENA TO JOSEPH VAUGHN PERLING [IRA KLEIMAN; ET AL. v. CRAIG WRIGHT] | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Maxwell Pritt | Not Present |

**Proceedings:** HEARING ON MOTION RELATED TO A SUBPOENA FROM ANOTHER DISTRICT BY CLERK OF COURT (Filed 06/05/2019)[1]

Hearing held and plaintiffs' counsel is present. No appearance is made by the defendant or subpoenaed party, nor on their behalf. The Court hereby grants plaintiffs' motion and compels the Joseph Vaughn Perling to appear pursuant to the Subpoena. The Court will issue plaintiffs' Proposed Order forthwith.

If Mr. Perling fails to appear, plaintiffs may seek a contempt order from this Court by filing a motion on or before July 26, 2019, and noticing the hearing for August 12, 2019, at 10:00 A.M. The Court conditionally grants the shortening of time for plaintiffs to file their motion. If the motion is filed, opposition shall be due on or before August 2, 2019, and the reply shall be due on or before August 7, 2019.

|  | 00 | : | 07 |
|---|---|---|---|
|  | Initials of Preparer | | CMJ |