1
2
3
4
5
6
7
8        **UNITED STATES DISTRICT COURT**
9        **CENTRAL DISTRICT OF CALIFORNIA**
10       **WESTERN DIVISION**
11

| | |
|---|---|
| 12 IN RE SUBPOENA TO JOSEPH VAUGHN PERLING | Misc. Case No. 2:19-MC-00083-CAS(Ex) |
| 13 | Underlying Litigation: |
| 14 IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC, | Case No. 9:18-cv-80176-BB United States District Court Southern District of Florida |
| 15 | |
| 16             Plaintiffs, | **[DISCOVERY MATTER]** |
| 17       v. | **[PROPOSED] ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH SUBPOENA** |
| 18 CRAIG WRIGHT, | |
| 19             Defendant. | |
| 20 | |

21                    **[PROPOSED] ORDER**

22   This matter came before the Court on a Motion to Compel Compliance with

23   Subpoena filed by Ira Kleiman, as personal representative of the Estate of David

24   Kleiman, and W&K Info Defense Research, LLC (collectively "Movants").

25   Movants sought (1) an order requiring Joseph Vaughn Perling to comply with a

26   subpoena issued on February 25, 2019 by the United States District Court for the

27
28

Southern District of Florida in connection with the pending case *Kleiman v. Wright*, No. 9:18-cv-80176-BB (S.D. Fla.) (the "Subpoena"), and (2) an order requiring Mr. Vaughn Perling to show cause as to why he should not be held in contempt for failing to comply.

Due and adequate notice having been given to the parties, and the Court having considered all papers filed and proceedings had herein, and good causes appearing, the Court holds that (1) the Subpoena is valid and was properly served on Joseph Vaughn Perling in compliance with Federal Rule of Civil Procedure 45; (2) the Court has jurisdiction over disputes concerning the Subpoena; (3) Movants complied with the applicable Local Rules on discovery disputes before bringing this Motion; and (4) Mr. Vaughn Perling violated the Subpoena and waived any objections by doing so.  Based on these conclusions, this Court issues the orders set forth below:

1. Movants' Motion to Compel Compliance with Subpoena is GRANTED; and

2. Joseph Vaughn Perling is ordered to comply with the Subpoena within two weeks of this Order.

IT IS SO ORDERED.

Dated: July 8, 2019

U.S. DISTRICT COURT JUDGE

-1-

[PROPOSED] ORDER GRANTING MTN TO COMPEL COMPLIANCE WITH SUBPOENA