UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

IN RE SUBPOENA TO JOSEPH VAUGHNPERLING

Misc. Case No. 2:19-mc-0083

Underlying Litigation:
Case No. 9:18-cv-80176-BB
United States District Court
Southern District of Florida

IRA KLEIMAN as the personal Representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC.

    Plaintiffs,

v.

CRAIG WRIGHT,

    Defendant.

## DECLARATION OF JOSEPH VAUGHNPERLING

I am JOSEPH VAUGHNPERLING and I hereby declare:

1) I, Joseph VaughnPerling, was not served with any process of the Court.

2) I do not live at 4908 Calle Robleda, Agoura Hills CA 91301.

3) I formerly owned the address, 4908 Calle Robleda.

4) I have not been to that address, 4908 Calle Robleda, in more than two years.

5) I do not weigh between 180-200 pounds, I weigh 220 pounds.

6) Yes, I am in the 19 year age range the process server indicated. Yes, I am 6 feet tall.

7) I suspect the process server served my ex-wife's current paramour who matches the description.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles this 30th day of June, 2019.

JOSEPH VAUGHNPERLING



United States District Court
Central District of California
Clerk of Courts - Filing
350 W 1st Street, Suite 4311
Los Angeles, CA 90012-4565

CAS

LOS ANGELES CA 900
01 JUL 2019 PM 4 L

RECEIVED
CLERK U.S. DISTRICT COURT
JUL -3 2019
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

USA FOREVER