UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

IN RE SUBPOENA TO JOSEPH
VAUGHNPERLING

Misc. Case No. 2:19-mc-0083

Underlying Litigation:
Case No. 9:18-cv-80176-BB
United States District Court
Southern District of Florida

IRA KLEIMAN as the personal
Representative of the Estate of David
Kleiman, and W&K Info Defense
Research, LLC.

      Plaintiffs,

v.

CRAIG WRIGHT,

      Defendant.

## DECLARATION OF JOSEPH VAUGHNPERLING

I am JOSEPH VAUGHNPERLING and I hereby declare:

1) I, Joseph VaughnPerling, was not served with any process of the Court.

2) I do not live at 4908 Calle Robleda, Agoura Hills CA 91301.

3) I formerly owned the address, 4908 Calle Robleda.

4) I have not been to that address, 4908 Calle Robleda, in more than two years.

5) I do not weigh between 180-200 pounds, I weigh 220 pounds.

6) Yes, I am in the 19 year age range the process server indicated. Yes, I am 6 feet tall.

7) I suspect the process server served my ex-wife's current paramour who matches the description.

I declare under penalty of perjury that the foregoing is true and correct. Executed in SANTA ANA, CA this 30 day of June, 2019.

_____
JOSEPH VAUGHNPERLING



PO BOX 4135
MALIBU CA 90264

United States District Court
Central District of California
Clerk of Courts - Filing
350 W 1st Street Suite 4311
Los Angeles CA 90012-4565

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL - 5 2019
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

CAS

CV

7019 0140 0000 1166 5964

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
SANTA ANA, CA
92711
JUL 02, 19
AMOUNT
$4.05
R2304E105760-29