**BOIES SCHILLER FLEXNER LLP**
K. LUAN TRAN (SBN 193808)
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone:  (213) 629-9040
Facsimile:   (213) 629-9022
ltran@bsfllp.com

MAXWELL V. PRITT (SBN 253155)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone:   (510) 874-1000
Facsimile:    (510) 874-1460
mpritt@bsfllp.com

Attorneys for IRA KLEIMAN, as Personal
Representative of the Estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO JOSEPH VAUGHN PERLING | Misc. Case No. 2:19-MC-00083 |
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC, | Underlying Litigation: Case No. 9:18-cv-80176-BB United States District Court Southern District of Florida |
| Plaintiffs, | |
| v. | **NOTICE OF CHANGE OF ADDRESS** |
| CRAIG WRIGHT, | |
| Defendant. | |

**TO ALL PARTIES AND THE CLERK OF THE COURT:**

The undersigned attorneys for Plaintiffs Ira Kleiman, as Personal Representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC, file this Notice of Change of Address and respectfully request that the Court's docket in the above-captioned case be updated accordingly.

PLEASE TAKE NOTICE that effective July 8, 2019, the address for Maxwell V. Pritt of Boies Schiller Flexner LLP is changed to:

> BOIES SCHILLER FLEXNER LLP
> 44 Montgomery Street, 41st Floor
> San Francisco, CA 94104
> Telephone: (415) 293-6800

Dated: July 9, 2019                    Respectfully Submitted,


By: */s/ Maxwell V. Pritt*
Maxwell V. Pritt (SBN 193808)
BOIES SCHILLER FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone:  (510) 874-1000
Facsimile:   (510) 874-1460
mpritt@bsfllp.com

K. Luan Tran (SBN 193808)
BOIES SCHILLER FLEXNER LLP
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone:  (213) 629-9040
Facsimile:   (213) 629-9022
ltran@bsfllp.com

Attorneys for IRA KLEIMAN, as Personal
Representative of the Estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH, LLC

NOTICE OF CHANGE OF ADDRESS                    Case No. 2:19-MC-00083