1 | **BOIES SCHILLER FLEXNER LLP**
K. LUAN TRAN (SBN 193808)
2 | 725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017
3 | Telephone:  (213) 629-9040
Facsimile:   (213) 629-9022
4 | ltran@bsfllp.com

5 | MAXWELL V. PRITT (SBN 253155)
44 Montgomery Street, 41st Floor
6 | San Francisco, CA 94104
Telephone:   (415) 293-6869
7 | Facsimile:    (510) 293-6899
mpritt@bsfllp.com
8 |
Attorneys for IRA KLEIMAN, as Personal
9 | Representative of the Estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH, LLC

10 |

11 | **UNITED STATES DISTRICT COURT**

12 | **CENTRAL DISTRICT OF CALIFORNIA**

13 | **WESTERN DIVISION**

14 |

15 | IN RE SUBPOENA TO JOSEPH VAUGHN PERLING

Misc. Case No. 2:19-MC-00083

16 | 
Underlying Litigation:
17 | IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC,

Case No. 9:18-cv-80176-BB
United States District Court
Southern District of Florida

18 |

19 | Plaintiffs,

**CERTIFICATE OF SERVICE**

20 | v.

21 | CRAIG WRIGHT,

22 | Defendant.

23 |

24 |

25 |

26 |

27 |

28 |

CERTIFICATE OF SERVICE                                              Case No. 2:19-MC-00083

# CERTIFICATE OF SERVICE

At the time of service I was over 18 years of age and **not a party to this action.** My business address is 44 Montgomery Street, 41st Floor, San Francisco, California 94104.

On July 9, 2019, I served the following documents:

- **NOTICE OF CHANGE OF ADDRESS;**
- **CIVIL MINUTES RE: HEARING ON MOTION RELATED TO A SUBPOENA FROM ANOTHER DISTRICT BY CLERK OF COURT; and**
- **ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH SUBPOENA.**

I served the documents on the **person(s)** below, as follows:

**JOSEPH VAUGHN PERLING**
**P.O. BOX 4135**
**MALIBU, CA  90264**

The documents were served pursuant to F.R.Civ.P. 5(b) by the following means:

| | |
|---|---|
| ☐ | **By personal service.** I personally delivered the documents to the persons at the addresses listed above.  (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening. |
| ☑ | **By United States Certified or Registered mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above outside California. The package was:<br><br>☐ deposited the sealed envelope with the United States Postal Service, first class mail, with the postage fully prepaid, requiring a return receipt, Article No. _____.<br><br>☑ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope, first class mail, with the postage fully prepaid, requiring a return receipt, **Article No. 7018 3090 000 1600 3516.** |
| ☐ | **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. |

CERTIFICATE OF SERVICE                                    Case No. 2:19-MC-00083

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Date: July 10, 2019

By: _____
Jessica Chavez

CERTIFICATE OF SERVICE                                              Case No. 2:19-MC-00083