# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO JOSEPH VAUGHN PERLING | Misc. Case No. 2:19-MC-00083-CAS-Ex |
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC, | Underlying Litigation:<br>Case No. 9:18-cv-80176-BB<br>United States District Court<br>Southern District of Florida |
| Plaintiffs, | **[DISCOVERY MATTER]** |
| v. | **[PROPOSED]** ORDER GRANTING MOTION TO EXTEND TIME TO SEEK CONTEMPT ORDER |
| CRAIG WRIGHT, | |
| Defendant. | |

### [PROPOSED] ORDER

This matter came before the Court on a Motion to Extend Time to Seek Contempt Order, filed by Ira Kleiman, as personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (collectively "Movants"). Movants sought (1) a 49-day continuance of the contempt hearing scheduled for August 12, 2019, and (2) to extend the briefing schedule set forth in the Court's July 8, 2019 order as follows: the deadlines to file and serve the motion by September 3, the opposition by September 10, and the reply by September 16.

Due and adequate notice having been given to the parties, and the Court having considered all papers filed and proceedings had herein, and good causes appearing, the Court hereby ORDERS:

1. Movants' Motion to Extend Time to Seek Contempt Order is GRANTED;

2. The contempt hearing scheduled for August 12, 2019 is continued to September 30, 2019, at 10:00 A.M.; and

3. The briefing schedule for Movants' motion for contempt set forth in the Court's July 8, 2019 order is extended as follows: the motion shall be due on or before September 3, 2019, the opposition shall be due on or before September 10, and the reply shall be due on or before September 16.

IT IS SO ORDERED.

Dated: July 26, 2019

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
U.S. DISTRICT COURT JUDGE