1 | **BOIES SCHILLER FLEXNER LLP**
K. LUAN TRAN (SBN 193808)
2 | 725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017
3 | Telephone: (213) 629-9040
Facsimile: (213) 629-9022
4 | ltran@bsfllp.com

5 | MAXWELL V. PRITT (SBN 253155)
44 Montgomery Street, 41st Floor
6 | San Francisco, CA 94104
Telephone: (415) 293-6800
7 | Facsimile: (415) 293-6899
mpritt@bsfllp.com
8 |
Attorneys for IRA KLEIMAN, as Personal
9 | Representative of the Estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO JOSEPH VAUGHN PERLING | Misc. Case No. 2:19-MC-00083-CAS-E |
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC, | Underlying Litigation: Case No. 9:18-cv-80176-BB United States District Court Southern District of Florida |
| Plaintiffs, | **[DISCOVERY MATTER]** |
| v. | **NOTICE OF HEARING ON MOTION TO SEEK CONTEMPT ORDER** |
| CRAIG WRIGHT, | Judge: Judge Christina A. Snyder |
| Defendant. | Hearing Date: September 30, 2019 |
| | Hearing Time: 10:00 a.m. |
| | Courtroom: 8D, 8th Floor |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, on July 26, 2019, Ira Kleiman, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (collectively, the "Movants") filed a Motion to Extend Time to Seek Contempt Order and Memorandum of Points and Authorities in Support (the "Motion to Extend Time") (Dkt. 17) with the United States District Court for the Central District of California. The motion to extend time was granted by the Court on July 26, 2019. (Dkt. 19, attached hereto as Exhibit 1). Movants' anticipated Motion to Seek a Contempt Order ("Contempt Motion") will be due on September 3, 2019. Your opposition, if any, to the Contempt Motion will be due on September 10, 2019. Any reply will be due on September 16, 2019.

PLEASE TAKE FURTHER NOTICE THAT a hearing on the Contempt Motion has been scheduled before the Honorable Christina A. Snyder, United States District Court Judge, for **Monday, September 30, 2019, at 10:00 a.m.**, or as soon thereafter as the matter may be heard, in Courtroom 8D of the First Street Courthouse, 350 W. First Street, Courtroom 8D, 8th Floor, Los Angeles, CA 90012. (Dkt. 19, attached hereto as Exhibit 1).

Dated: July 29, 2019                                         Respectfully Submitted,

*/s/ Maxwell V. Pritt*
Maxwell V. Pritt (SBN 193808)
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:  (415) 293-6800
Facsimile:   (415) 293-6899
mpritt@bsfllp.com

K. Luan Tran (SBN 193808)
BOIES SCHILLER FLEXNER LLP
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone:  (213) 629-9040
Facsimile:   (213) 629-9022
ltran@bsfllp.com

Attorneys for IRA KLEIMAN, as Personal Representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC

-1-