1  **BOIES SCHILLER FLEXNER LLP**
   K. LUAN TRAN (SBN 193808)
2  725 South Figueroa Street, 31st Floor
   Los Angeles, CA 90017
3  Telephone: (213) 629-9040
   Facsimile: (213) 629-9022
4  ltran@bsfllp.com

5  MAXWELL V. PRITT (SBN 253155)
   44 Montgomery Street, 41st Floor
6  San Francisco, CA 94104
   Telephone: (415) 293-6800
7  Facsimile: (415) 293-6899
   mpritt@bsfllp.com
8
   *Counsel for Ira Kleiman, as Personal*
9  *Representative of the Estate of David Kleiman,*
   *and W&K Info Defense Research, LLC*
10

11                    **UNITED STATES DISTRICT COURT**

12                    **CENTRAL DISTRICT OF CALIFORNIA**

13                            **WESTERN DIVISION**

14

15 | IN RE SUBPOENA TO JOSEPH VAUGHN PERLING | Misc. Case No. 2:19-MC-00083-CAS-E |
|---|---|
16 | | Underlying Litigation: |
|   | IRA KLEIMAN, as the personal | Case No. 9:18-cv-80176-BB |
17 | representative of the Estate of David | United States District Court |
|   | Kleiman, and W&K INFO DEFENSE | Southern District of Florida |
18 | RESEARCH, LLC, | |
19 |          Plaintiffs, | **DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF MOTION FOR SECOND ORDER COMPELLING COMPLIANCE WITH SUBPOENA** |
20 |     v. | |
21 | CRAIG WRIGHT, | |
22 |          Defendant. | |

23

24

25

26

27

28

---
DECLARATION OF MAXWELL V. PRITT                    Case No. 2:19-MC-00083-CAS-E

I, Maxwell V. Pritt, declare as follows:

1. I am a partner at the law firm of Boies Schiller Flexner LLP, and counsel for Ira Kleiman, as Personal Representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC ("Movants").  I have personal knowledge of the matters in this declaration, or am informed and believe them to be true, and if called on as a witness could and would testify competently to them.

2. I respectfully submit this declaration in support of Movants' Motion for Second Order Compelling Compliance with Subpoena and Memorandum of Points and Authorities in Support.

3. Attached as **Exhibit 1** is a true and correct copy of an email that I received from p00r_trad3r@yahoo.com on July 10, 2019.  I believe that this email address belongs to Joseph VaughnPerling.

4. Attached as **Exhibit 2** is a true and correct copy of a file attached to that email named "Declaration-VV-signed.pdf."

5. Attached as **Exhibit 3** is a true and correct copy of a file attached to that email named "bws.pdf."

6. Attached as **Exhibit 4** is a true and correct copy of an email that I sent to p00r_trad3r@yahoo.com on July 17, 2019.

7. Attached as **Exhibit 5** is a true and correct copy of an email that I received from p00r_trad3r@yahoo.com on July 23, 2019.

8. Attached as **Exhibit 6** is a true and correct copy of a file attached to that email named "Letter to Judge Snyder, process service..pdf."

9. Attached as **Exhibit 7** is a true and correct copy of an email that I sent to p00r_trad3r@yahoo.com on July 26, 2019.

10. Since July 23, 2019, I have not received any further communication from Mr. VaughnPerling.

11. My colleagues and I have been investigating Mr. VaughnPerling's assertion that he was not personally served, and we have sought to obtain information about his whereabouts. To date, we have been able to determine that Mr. VaughnPerling was not personally served with the Subpoena, or the manner he may otherwise have received notice and possession of the Subpoena.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 16th day of September, 2019, in San Francisco, California.

*/s/ Maxwell V. Pritt*
Maxwell V. Pritt

-2-

DECLARATION OF MAXWELL V. PRITT                                   Case No. 2:19-MC-00083-CAS-E