# EXHIBIT 1

| | |
|---|---|
| From: | p00r_trad3r@yahoo.com |
| To: | arivero@riveromestre.com; jmestre@riveromestre.com; arolnick@riveromestre.com; zmarkoe@riveromestre.com; amcgovern@riverimestre.com; Maxwell Pritt; Luan Tran; vfreedman@bsfllc.com |
| Subject: | Joseph VaughnPerling notice of no service of process |
| Date: | Wednesday, July 10, 2019 10:36:07 AM |
| Attachments: | Service not served-final.pdf |
| | Declaration-VV-signed.pdf |
| | bws.pdf |
| | photo_2019-07-09_12-15-57-certified receipt.jpg |

No subpoena has yet been served on Joseph VaughnPerling in regards the Kleiman v Wright case.

Please find attached/enclosed copies of declarations to this effect.

Declaration was timely filed via certified mail with the

United States District Court at 2:37pm 07/05/2019

Central District of California

Clerk of Courts – Filing

350 W 1st Street Suite 4311

Los Angeles, CA 90012-4565


USPS 70190140000011665964, Delivered, Left with Individual 07/05/2019 2:37pm LOS ANGELES CA 90012


Cc:

MAXWELL V. PRITT (SBN 253155) mpritt@bsfllp.com

K. LUAN TRAN (SBN 193808) ltran@bsfllp.com

ANDRES RIVERO Florida Bar No. 613819 arivero@riveromestre.com

ALAN H. ROLNICK Florida Bar No. 715085 arolnick@riveromestre.com

AMANDA MCGOVERN Florida Bar No. 964263 zmarkoe@riveromestre.com, amcgovern@riveromestre.com

JORGE MESTRE Florida Bar No. 88145 jmestre@riveromestre.com


Copies also sent to the parties above vie electronic mail.