# EXHIBIT 2

**response**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

IN RE SUBPOENA TO JOSEPH

VAUGHNPERLING Misc. Case No. 2:19-mc-0083

_____| Underlying Litigation:

Case No. 9:18-cv-80176-BB

United States District Court

Southern District of Florida

IRA KLEIMAN as the personal

Representative of the Estate of David

Kleiman, and W&K Info Defense

Research, LLC.

Plaintiffs,

v.

CRAIG WRIGHT,

Defendant.

_____|

DECLARATION OF VICTORIA  VAUGHN

I, VICTORIA VAUGHN, hereby declare:

1. I own and reside at 4908 Calle Robleda, Agoura Hills, CA (91301).

2. Joseph VaughnPerling does not own 4908 Calle Robleda.

3. To the best of my knowledge, Joseph VaughnPerling has not been to 4908 Calle Robleda

since 2017.

4. Someone tresspassed onto my gated property at Calle Robleda and left  something at my front door.

5. Horrified that it might be for me,  I looked inside and saw that it was not addressed to me, but to my exhusband.


I declare under penalty of perjury that the foregoing is true and correct. Executed in _Los Angeles_, CA____this __first____ day of July, 2019.

*Victoria Vaughn*

VICTORIA VAUGHN