# EXHIBIT 3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO JOSEPH VAUGHNPERLING<br><br>_____\|<br><br>IRA KLEIMAN as the personal Representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC.<br><br>      Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>      Defendant.<br>_____\| | Misc. Case No. 2:19-mc-0083<br><br>Underlying Litigation:<br>Case No. 9:18-cv-80176-BB<br>United States District Court<br>Southern District of Florida |

## **DECLARATION OF BRYAN WILSON STOKES**

I BRYAN WILSON STOKES hereby declare:

1) I, BRYAN WILSON STOKES, lived at 4908 Calle Robleda Agoura Hills, CA 91301, and it has been my registered address for many years.

2) I have received mail and still receive mail at 4908 Calle Robleda, Agoura Hills CA 91301.

3) I exactly match the vague physical description made by the process server, but I was not served personally by the process server.

4) During my frequent occupancy and presence at 4908 Calle Robleda, I have not seen JOSEPH VAUGHNPERLING there in more than two years.

5) I do not weigh between 180-200 pounds, I weigh 220 pounds.

6) I did communicate with JOSEPH VAUGHNPERLING letting him know that some mail came for him to 4908 Calle Robleda that looked like official papers was from some lawyers and he instructed me to give anything that comes to Victoria as he does not receive any mail at that address.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____this _____ day of June, 2019.

_____
JOSEPH VAUGHNPERLING