# EXHIBIT 4

| | |
|---|---|
| **From:** | Maxwell Pritt |
| **To:** | "p00r_trad3r@yahoo.com" |
| **Subject:** | RE: Joseph VaughnPerling notice of no service of process |
| **Date:** | Wednesday, July 17, 2019 9:34:00 AM |
| **Attachments:** | Dkt. 10.pdf |
| | Dkt. 11.pdf |
| | 2018-02-25 - Joeseph VaughnPerling FINAL.PDF |

Dear Mr. VaughnPerling:

I represent Ira Kleiman, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (together, "Plaintiffs") in the federal lawsuit titled *Kleiman v. Craig Wright*, No. 9:18-cv-80176 (S.D. Fla.).

I received your email below dated July 9, 2019, with attachments, in which you assert that Plaintiffs' subpoena "has not yet been served" on you.  The U.S. District Court for the Central District of California, however, held that our subpoena was valid and was properly served on you.  See the attached order in the PDF titled "Dkt. 11."  The Court also ordered you to comply with the subpoena and produce the requested documents by July 22, 2019.  If you fail to respond as ordered by the Court, the Court has authorized Plaintiffs to initiate contempt proceedings against you.  While it's clear from the documents you attached to your email below that you have the subpoena we served in your possession, I have attached a copy of the subpoena to this email.  As you can see from the subpoena, it seeks documents and information that we believe may be in your possession, custody or control.

Please let me know if you agree to accept service by email.  If so, we will issue a new subpoena for documents and testimony to you with new times for you to comply, and we will agree to dismiss the litigation commenced against you in *In re Subpoena to Joseph Vaughn Perling*, No. 2:19-mc-00083 (C.D. Cal.), and not seek contempt sanctions.

Please let me know no later than 5:00 p.m. pacific this Friday, July 19, if you agree to accept service by email.

Thank you.

Sincerely,
Max


**From:** p00r_trad3r@yahoo.com [mailto:p00r_trad3r@yahoo.com]
**Sent:** Tuesday, July 9, 2019 4:15 PM
**To:** arivero@riveromestre.com; jmestre@riveromestre.com; arolnick@riveromestre.com; zmarkoe@riveromestre.com; amcgovern@riverimestre.com; Maxwell Pritt; Luan Tran; vfreedman@bsfllc.com
**Subject:** Joseph VaughnPerling notice of no service of process

No subpoena has yet been served on Joseph VaughnPerling in regards the Kleiman v Wright case.

Please find attached/enclosed copies of declarations to this effect.

Declaration was timely filed via certified mail with the

United States District Court at 2:37pm 07/05/2019

Central District of California

Clerk of Courts – Filing

350 W 1st Street Suite 4311

Los Angeles, CA 90012-4565


USPS 70190140000011665964, Delivered, Left with Individual 07/05/2019 2:37pm LOS ANGELES CA 90012


Cc:

MAXWELL V. PRITT (SBN 253155) mpritt@bsfllp.com

K. LUAN TRAN (SBN 193808) ltran@bsfllp.com

ANDRES RIVERO Florida Bar No. 613819 arivero@riveromestre.com

ALAN H. ROLNICK Florida Bar No. 715085 arolnick@riveromestre.com

AMANDA MCGOVERN Florida Bar No. 964263 zmarkoe@riveromestre.com, amcgovern@riveromestre.com

JORGE MESTRE Florida Bar No. 88145 jmestre@riveromestre.com


Copies also sent to the parties above vie electronic mail.