# EXHIBIT 5

| | |
|---|---|
| **From:** | p00r_trad3r@yahoo.com |
| **To:** | Joseph VP |
| **Cc:** | arivero@riveromestre.com; zmarkoe@riveromestre.com; arolnick@riveromestre.com; jmestre@riveromestre.com; amcgovern@riverimestre.com; vfreedman@bsfllc.com; Maxwell Pritt; Luan Tran |
| **Subject:** | California Service not served on Joseph VaughnPerling |
| **Date:** | Tuesday, July 23, 2019 1:52:35 PM |
| **Attachments:** | Letter to Judge Snyder, process service..pdf |

Letter to Judge Snyder from Joseph VaughnPerling

Mr VaughnPerling wishes to express thanks to Max Pritt for acknowledging via email that service has not yet been performed, and further thanks for Mr. Pritt's offers to Mr VaughnPerling regarding accepting service, which will be considered.