# EXHIBIT 6

Joseph VaughnPerling
PO BOX 4291
El Monte, CA 91734

July 14, 2019

United States District Court
Central District of California
350 W 1st Street, Suite 4311
Los Angeles, CA 90012-4565

Honorable Christina A. Snyder:

Subject: Misc. Case No. 2:19-mc-0083

I filed the attached declaration of my testimony with the court to explain I was never served with process. It appears that the Court did not have an opportunity to review my declaration when granting the motion to compel.

Please reconsider the motion in light of the declarations I have provided to the court and counsel.

Thank you and kind regards,


Joseph VaughnPerling