# EXHIBIT 7

| | |
|---|---|
| From: | Maxwell Pritt |
| To: | p00r_trad3r@yahoo.com |
| Subject: | RE: California Service not served on Joseph VaughnPerling |
| Date: | Friday, July 26, 2019 3:14:00 PM |
| Attachments: | 2019-07-26 Mtn to Extend Time re Contempt Mtn.pdf |
| | 2019-07-26 Prop Order.pdf |

Dear Mr. VaughnPerling:

Thank you for your email.  To be clear, my previous email did not acknowledge that the plaintiffs/movants did not properly serve you with the subpoena issued to you by the U.S. District Court for the Southern District of Florida.  As you know, the Court held that we did serve you properly and ordered you to respond to the subpoena (and based on your filings and correspondence in this case, it's clear that you have the subpoena in your possession).  In the hopes of resolving this matter without further court involvement, however, we will file the attached motion to extend time to seek an order from the Court holding you in contempt for failing to respond to the subpoena.  We will also serve the motion by mail to the P.O. Box you provided in the documents you filed with the Court.  Please let me know if and when you are available next week to discuss your compliance with the subpoena

Thank you.

Regards,
Max

**From:** p00r_trad3r@yahoo.com [mailto:p00r_trad3r@yahoo.com]
**Sent:** Tuesday, July 23, 2019 1:50 PM
**To:** Joseph VP
**Cc:** arivero@riveromestre.com; zmarkoe@riveromestre.com; arolnick@riveromestre.com; jmestre@riveromestre.com; amcgovern@riverimestre.com; vfreedman@bsfllc.com; Maxwell Pritt; Luan Tran
**Subject:** California Service not served on Joseph VaughnPerling

Letter to Judge Snyder from Joseph VaughnPerling

Mr VaughnPerling wishes to express thanks to Max Pritt for acknowledging via email that service has not yet been performed, and further thanks for Mr. Pritt's offers to Mr VaughnPerling regarding accepting service, which will be considered.