1
2
3
4
5
6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| IN RE SUBPOENA TO JOSEPH VAUGHN PERLING | Misc. Case No. 2:19-MC-00083-CAS-E |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>CRAIG WRIGHT,<br><br>    Defendant. | Underlying Litigation:<br>Case No. 9:18-cv-80176-BB<br>United States District Court<br>Southern District of Florida<br><br>**[DISCOVERY MATTER]**<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR SECOND ORDER COMPELLING COMPLIANCE WITH SUBPOENA** |

**[PROPOSED] ORDER**

This matter came before the Court on a Motion for Second Order Compelling Compliance with Subpoena, filed by Ira Kleiman, as personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (collectively "Movants"). Movants seek an order compelling Joseph VaughnPerling to comply with a subpoena issued by the United States District Court for the Southern District of Florida on February 25, 2019 (the "Subpoena").

Due and adequate notice having been given to the parties, and the Court having considered all papers filed and proceedings had herein, and good causes appearing, the Court reaffirms its order dated July 8, 2019, and holds that (1) the Court has jurisdiction over disputes concerning the Subpoena; (2) the Subpoena is valid and was properly served in compliance with Federal Rule of Civil Procedure 45; (3) even if the Subpoena was not personally served, Movants' service by U.S. mail and email was sufficient under the Federal Rules of Civil Procedure; (4) Mr. VaughnPerling has not complied with the Subpoena; and (5) Mr. VaughnPerling waived any objections by failing to comply with the Subpoena. Accordingly, the Court hereby ORDERS Mr. VaughnPerling to respond to the Subpoena without objections within two weeks of this Order. If Mr. VaughnPerling fails to comply fully with the Subpoena by that time, Movants may bring a motion to hold Mr. VaughnPerling in contempt and to shorten time to hear the motion. The Court also orders that if the U.S. District Court for the Southern District of Florida issues further subpoenas to Mr. VaughnPerling, Movants may serve them on Mr. VaughnPerling by U.S. mail to P.O. Box 4135, Malibu, CA 90264 and email to p00r_trad3r@yahoo.com.

IT IS SO ORDERED.

Dated: _____        _____
                                    HON. CHRISTINA A. SNYDER
                                    U.S. DISTRICT COURT JUDGE