1  **BOIES SCHILLER FLEXNER LLP**
   K. LUAN TRAN (SBN 193808)
2  725 South Figueroa Street, 31st Floor
   Los Angeles, CA 90017
3  Telephone: (213) 629-9040
   Facsimile: (213) 629-9022
4  ltran@bsfllp.com

5  MAXWELL V. PRITT (SBN 253155)
   44 Montgomery Street, 41st Floor
6  San Francisco, CA 94104
   Telephone: (415) 293-6800
7  Facsimile: (415) 293-6899
   mpritt@bsfllp.com
8
   Attorneys for IRA KLEIMAN, as Personal
9  Representative of the Estate of David Kleiman,
   and W&K INFO DEFENSE RESEARCH, LLC
10

11                    **UNITED STATES DISTRICT COURT**

12                    **CENTRAL DISTRICT OF CALIFORNIA**

13                            **WESTERN DIVISION**

14

| 15 | IN RE SUBPOENA TO JOSEPH VAUGHN PERLING | Misc. Case No. 2:19-MC-00083-CAS-E |
|---|---|---|
| 16 |  | Underlying Litigation: |
| 17 | IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC, | Case No. 9:18-cv-80176-BB United States District Court Southern District of Florida |
| 18 |  | **[DISCOVERY MATTER]** |
| 19 | Plaintiffs, |  |
| 20 | v. | **NOTICE OF HEARING ON MOTION FOR SECOND ORDER COMPELLING COMPLIANCE WITH SUBPOENA** |
| 21 | CRAIG WRIGHT, |  |
| 22 | Defendant. | Judge: Judge Christina A. Snyder Hearing Date: October 21, 2019 |
| 23 |  | Hearing Time: 10:00 a.m. Courtroom: 8D, 8th Floor |
| 24 |  |  |

25

26

27

28

NOTICE OF HEARING ON MOTION FOR SECOND ORDER          Case No. 2:19-MC-00083-CAS-E
COMPELLING COMPLIANCE WITH SUBPOENA

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, on August 28, 2019, Ira Kleiman, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (collectively, the "Movants") filed a Second Motion to Extend Time to Seek Contempt Order and Memorandum of Points and Authorities in Support (the "Motion to Extend Time") (Dkt. 23) with the United States District Court for the Central District of California. The motion to extend time was granted by the Court on September 3, 2019. (Dkt. 24, attached hereto as Exhibit 1). Movants' Motion for a Second Order Compelling Compliance with the Subpoena issued by the United States District Court for the Southern District of Florida ("Motion to Compel") was filed on September 16, 2019. Your opposition, if any, to the Motion to Compel will be due on September 23, 2019. Any reply will be due on September 30, 2019.

PLEASE TAKE FURTHER NOTICE THAT a hearing on the Motion to Compel has been scheduled before the Honorable Christina A. Snyder, United States District Court Judge, for **Monday, October 21, 2019, at 10:00 a.m.**, or as soon thereafter as the matter may be heard, in Courtroom 8D of the First Street Courthouse, 350 W. First Street, Courtroom 8D, 8th Floor, Los Angeles, CA 90012. (*See,* Exhibit 1).

Dated: September 17, 2019

Respectfully Submitted,

*/s/ Maxwell V. Pritt*
Maxwell V. Pritt (SBN 193808)
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:   (415) 293-6800
Facsimile:   (415) 293-6899
mpritt@bsfllp.com

K. Luan Tran (SBN 193808)
BOIES SCHILLER FLEXNER LLP
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone: (213) 629-9040
Facsimile:   (213) 629-9022
ltran@bsfllp.com

Attorneys for IRA KLEIMAN, as Personal Representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC