# EXHIBIT 1

1
2
3
4
5
6
7    **UNITED STATES DISTRICT COURT**
8    **CENTRAL DISTRICT OF CALIFORNIA**
9    **WESTERN DIVISION**
10

| | |
|---|---|
| 11  IN RE SUBPOENA TO JOSEPH VAUGHN PERLING<br>12<br>13  IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC,<br>14<br>15          Plaintiffs,<br>16      v.<br>17  CRAIG WRIGHT,<br>18          Defendant. | Misc. Case No. 2:19-MC-00083-CAS-Ex<br><br>Underlying Litigation:<br>Case No. 9:18-cv-80176-BB<br>United States District Court<br>Southern District of Florida<br><br>**ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME FOR MOVANTS TO SEEK CONTEMPT ORDER** |

19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME TO SEEK CONTEMPT ORDER

Case No. 2:19-MC-00083-CAS-E

**ORDER**

This matter came before the Court on a Motion for Second Extension of Time for Movants to Seek Contempt Order, filed by Ira Kleiman, as personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (collectively "Movants". Movants sought (1 a 14-day continuance of the contempt hearing scheduled for September 30, 2019, and (2 to extend the briefing schedule set forth in the Court's July 26, 2019 order as follows: the deadlines to file and serve the motion for contempt for failure to comply by September 16, the opposition by September 23, and the reply by September 30.

Due and adequate notice having been given to the parties, and the Court having considered all papers filed and proceedings had herein, and good causes appearing, the Court hereby ORDERS:

1. Movants' Motion for Second Extension of Time for Movants to Seek Contempt Order is GRANTED;

2. The contempt hearing scheduled for September 30, 2019 is continued to October 21, 2019, at 10:00 A.M.; and

3. The briefing schedule for Movants' motion for contempt set forth in the Court's July 26, 2019 order is extended as follows: the motion shall be due on or before September 16, 2019, the opposition shall be due on or before September 23, and the reply shall be due on or before September 30.

IT IS SO ORDERED.

Dated: September 3, 2019

_____
HON. CHRISTINA A. SNYDER
U.S. DISTRICT COURT JUDGE

-1-

[PROPOSED] ORDER GRANTING MOTION FOR SECOND
EXTENSION OF TIME TO SEEK CONTEMPT ORDER

Case No. 2:19-MC-00083-CAS-E