1  **BOIES SCHILLER FLEXNER LLP**
   K. LUAN TRAN (SBN 193808)
2  725 South Figueroa Street, 31st Floor
   Los Angeles, CA 90017
3  Telephone: (213) 629-9040
   Facsimile: (213) 629-9022
4  ltran@bsfllp.com

5  MAXWELL V. PRITT (SBN 253155)
   44 Montgomery Street, 41st Floor
6  San Francisco, CA 94104
   Telephone: (415) 293-6800
7  Facsimile: (415) 293-6899
   mpritt@bsfllp.com
8
   Attorneys for IRA KLEIMAN, as Personal
9  Representative of the Estate of David Kleiman,
   and W&K INFO DEFENSE RESEARCH, LLC
10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13                    **WESTERN DIVISION**

14

| | |
|---|---|
| IN RE SUBPOENA TO JOSEPH VAUGHN PERLING | Misc. Case No. 2:19-MC-00083-CAS-E |
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC, | Underlying Litigation:<br>Case No. 9:18-cv-80176-BB<br>United States District Court<br>Southern District of Florida |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| CRAIG WRIGHT, | |
| Defendant. | |

---

CERTIFICATE OF SERVICE                    Case No. 2:19-MC-00083-CAS-E

# CERTIFICATE OF SERVICE

At the time of service I was over 18 years of age and **not a party to this action.** My business address is 44 Montgomery Street, 41st Floor, San Francisco, California 94104.

On September 17, 2019, I served the following document(s):

**NOTICE OF HEARING ON MOTION FOR SECOND ORDER COMPELLING COMPLIANCE WITH SUBPOENA**

I served the document(s) on the **person(s)** below, as follows:

**JOSEPH VAUGHN PERLING
P.O. BOX 4135
MALIBU, CA  90264**

The document(s) were served pursuant to F.R.Civ.P. 5(b) by the following means:

| | |
|---|---|
| ☐ | **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. |
| ☑ | **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and:<br>☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.<br>☑ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. |
| ☐ | **By personal service.** I personally delivered the documents to the persons at the addresses listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening. |

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Date: September 17, 2019        By: *Jessica Chavez* (signature)
                                     Jessica Chavez

-1-

CERTIFICATE OF SERVICE                               Case No. 2:19-MC-00083-CAS-E