1   ROBERT C. BUSCHEL, Bar No. 269354
2   Buschel@BGlaw-pa.com
    BUSCHEL GIBBONS, P.A.
3   One Financial Plaza, Suite 1300
    Fort Lauderdale, FL  33394
    Telephone: (954) 530-5301
4   Facsimile: (954) 320-6932
5   Attorneys for Third Party
6
7
8
9                    **UNITED STATES DISTRICT COURT**
                     **CENTRAL DISTRICT OF CALIFORNIA**
10                          **WESTERN DIVISION**

11  IN RE SUBPOENA TO JOSEPH                 Misc. Case No. 2:19-mc-0083
    VAUGHNPERLING
12  _____           Underlying Litigation:
                                             Case No. 9:18-cv-80176-BB
13                                           United States District Court
                                             Southern District of Florida
14  IRA KLEIMAN as the personal
    Representative of the Estate of David
15  Kleiman, and W&K Info Defense
    Research, LLC.
16
              Plaintiffs,
17
         v.
18
19  CRAIG WRIGHT,

20            Defendant.
    --------------------------------------------|
21                        **NOTICE OF APPEARANCE**

22          PLEASE TAKE NOTICE that BUSCHEL GIBBONS, P.A. (Robert Buschel, Esq.,

23  appearing) hereby enters its limited appearance as counsel of record on behalf of Third Party,

24  JOSEPH VAUGHN PERLING regarding a motion to compel compliance with a Rule 45

25  subpoena, and requests that all pleadings, motions, notices, correspondence, orders and other

26  filings regarding this case be served on the Robert Buschel, Esq. at the below address.

27

28

BUSCHEL GIBBONS, P.A.
ONE FINANCIAL PLAZA, SUITE 1300
FORT LAUDERDALE, FL  33394
954-530-5301

Respectfully submitted,


Robert C. Buschel, Esq.
BUSCHEL GIBBONS, P.A.
100 S.E. Third Avenue, Suite 1300
Fort Lauderdale, Florida  33394
Tele:  954-530-5301

By:  ___/s/ Robert C. Buschel_____
          ROBERT C. BUSCHEL


## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 23, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties, via transmission of Notices of Electronic Filing generated by CM/ECF.


BUSCHEL GIBBONS, P.A.


BY:_/s/ Robert Buschel_____
ROBERT C. BUSCHEL

- 2 -