**BOIES SCHILLER FLEXNER LLP**
K. LUAN TRAN (SBN 193808)
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone:  (213) 629-9040
Facsimile:   (213) 629-9022
ltran@bsfllp.com

MAXWELL V. PRITT (SBN 253155)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:   (415) 293-6800
Facsimile:    (415) 293-6899
mpritt@bsfllp.com

Counsel for IRA KLEIMAN, as Personal
Representative of the Estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO JOSEPH VAUGHN PERLING<br><br>IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | Misc. Case No. 2:19-MC-00083-CAS-E<br><br>Underlying Litigation:<br>Case No. 9:18-cv-80176-BB<br>United States District Court<br>Southern District of Florida<br><br>**JOINT MOTION FOR EXTENSION**<br><br>Judge:   Christina A. Snyder<br>Date:    October 28, 2019<br>Time:    10:00 a.m.<br>Place:   Courtroom 8D, 8th Floor |

## NOTICE OF JOINT MOTION AND JOINT MOTION FOR EXTENSION

PLEASE TAKE NOTICE THAT Ira Kleiman, as personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC ("Movants"), and Joseph VaughnPerling hereby jointly move to extend the deadline for filing the reply brief in support of the Motion for Second Order Compelling Compliance with Subpoena from September 30, 2019, to November 14, 2019, and to continue the hearing for that motion from October 21, 2019, to December 9, 2019.  The joint motion is noticed for hearing on October 28, 2019, before Judge Christina Snyder at the First Street Courthouse, 350 W. First Street, Courtroom 8D, 8th Floor, Los Angeles, CA 90012.

Dated: September 27, 2019

BOIES SCHILLER FLEXNER LLP

*/s/ Maxwell V. Pritt*
Maxwell V. Pritt
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
Telephone: (415) 293-6800
Facsimile:  (415) 293-6899
mpritt@bsfllp.com

K. Luan Tran
725 South Figueroa Street, 31st Floor
Los Angeles, CA  90017
Telephone: (213) 629-9040
Facsimile:  (213) 629-9022
ltran@bsfllp.com

*Counsel for Ira Kleiman, as Personal*
*Representative of the Estate of David Kleiman,*
*and W&K Info Defense Research, LLC*


BUSCHEL GIBBONS, P.A.

*/s/ Robert C. Buschel*
Robert C. Buschel
One Financial Plaza, Suite 1300
Fort Lauderdale, FL  33394
Telephone: (954) 530-5301
Facsimile:  (954) 320-6932
buschel@bglaw-pa.com

*Counsel for Joseph VaughnPerling*

JOINT MOTION FOR EXTENSION                                        Case No. 2:19-MC-00083-CAS-E

**JOINT MOTION FOR EXTENSION**

The parties to the underlying action (the "Florida Parties"), *Ira Kleiman et al. v. Craig Wright*, No. 9:18-cv-80176-BB (S.D. Fla.), are currently engaged in good faith settlement discussions which, if successful, could obviate the need for discovery from Joseph VaughnPerling. (*See* Dkt. 28-1.) To that end, the parties to this action—Ira Kleiman, as personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (collectively, "Movants"), and Joseph VaughnPerling (together with Movants, the "California Parties")—respectfully request an extension of the deadline for filing the reply brief in support of the Motion for Second Order Compelling Compliance with Subpoena (from September 30, 2019, to November 14, 2019), and a continuance of the hearing for that motion (from October 21, 2019, to December 9, 2019).   In support of their request, the California Parties state as follows:

1.     The reply brief in support of the Motion for Second Order Compelling Compliance with Subpoena is due September 30, 2019.  (*See* Dkt. 24.)

2.     The hearing for that motion is scheduled for October 21, 2019.  (*See id.*)

3.     The Florida Parties are engaged in settlement negotiations, and, on September 17, 2019, jointly moved to extend "all discovery and case deadlines to facilitate th[o]se discussions." (*See* Dkt. 28-1.)

4.     If those discussions are successful, discovery from Joseph VaughnPerling, and further briefing in this action, would be unnecessary.

5.     Avoiding further motion practice in this action would be in the California Parties' best interest.

6.     For the foregoing reasons, the California Parties jointly move to extend the deadline for filing the reply brief from September 30, 2019, to November 14, 2019, and to the continue the hearing for the Motion for Second Order Compelling Compliance with Subpoena from October 21, 2019, to December 9, 2019.

7.     This motion is brought in good faith and not for the purpose of delay.

JOINT MOTION FOR EXTENSION                                  Case No. 2:19-MC-00083-CAS-E

Dated: September 27, 2019                    BOIES SCHILLER FLEXNER LLP

                                             */s/ Maxwell V. Pritt*
                                             Maxwell V. Pritt
                                             K. Luan Tran

                                             *Counsel for Ira Kleiman, as Personal*
                                             *Representative of the Estate of David Kleiman,*
                                             *and W&K Info Defense Research, LLC*


                                             BUSCHEL GIBBONS, P.A.

                                             */s/ Robert C. Buschel*
                                             Robert C. Buschel

                                             *Counsel for Joseph VaughnPerling*



                              **FILER'S ATTESTATION**

        Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), Maxwell V. Pritt hereby attests that all other

signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and

have authorized the filing.

Dated: September 27, 2019          */s/ Maxwell V. Pritt*
                                   Maxwell V. Pritt

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 27, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.2. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on September 27, 2019.


*/s/ Maxwell V. Pritt*
Maxwell V. Pritt

JOINT MOTION FOR EXTENSION                    Case No. 2:19-MC-00083-CAS-E