UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO JOSEPH VAUGHN PERLING<br><br>IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC,<br><br>            Plaintiffs,<br><br>      v.<br><br>CRAIG WRIGHT,<br><br>            Defendant. | Misc. Case No. 2:19-MC-00083-CAS-E<br><br>Underlying Litigation:<br>Case No. 9:18-cv-80176-BB<br>United States District Court<br>Southern District of Florida<br><br>**[DISCOVERY MATTER]**<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION** |

# [PROPOSED] ORDER

This matter came before the Court on a Joint Motion for Extension, filed by Ira Kleiman, as personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (collectively "Movants"), and Joseph VaughnPerling.  The parties jointly sought (1) a 45-day continuance of the hearing scheduled for October 21, 2019, and (2) to extend the deadline in the Court's September 3, 2019 order for filing a reply brief in support of Movants' Motion for Second Order Compelling Compliance with Subpoena from September 30, 2019, to November 14, 2019.

Due and adequate notice having been given to the parties, and the Court having considered the papers and filings in this matter, and good cause appearing, the Court hereby **ORDERS**:

1. The parties' Joint Motion for Extension is **GRANTED**;

2. The hearing on Movants' Motion for Second Order Compelling Compliance with Subpoena currently scheduled for October 21, 2019 is continued to December 9, 2019; and

3. Movant's deadline for filing a reply in support of their Motion for Second Order Compelling Compliance with Subpoena is extended from September 30, 2019, to November 14, 2019.

**IT IS SO ORDERED.**

Dated: _____          _____
                                   HON. CHRISTINA A. SNYDER
                                   U.S. DISTRICT COURT JUDGE