**BOIES SCHILLER FLEXNER LLP**
K. LUAN TRAN (SBN 193808)
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone:  (213) 629-9040
Facsimile:   (213) 629-9022
ltran@bsfllp.com

MAXWELL V. PRITT (SBN 253155)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:   (415) 293-6800
Facsimile:    (415) 293-6899
mpritt@bsfllp.com

Attorneys for IRA KLEIMAN, as Personal
Representative of the Estate of David Kleiman,
and W&K INFO DEFENSE RESEARCH, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO JOSEPH VAUGHN PERLING | Misc. Case No. 2:19-MC-00083-CAS-E |
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CRAIG WRIGHT, <br><br> Defendant. | Underlying Litigation: Case No. 9:18-cv-80176-BB United States District Court Southern District of Florida <br><br> **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

  At the time of service I was over 18 years of age and **not a party to this action.** My business address is 44 Montgomery Street, 41st Floor, San Francisco, California 94104.

On **December 3, 2019 at 10:20 a.m.**, I served the following document(s):

**CIVIL MINUTES – GENERAL**
**(PLAINTIFFS' MOTION FOR SECOND ORDER**
**COMPELLING COMPLIANCE WITH SUBPOENA)**

I served the above document(s) on the **person(s)** below, as follows:

Robert C. Buschel
BUSCHEL GIBBONS, P.A.
One Financial Plaza, Suite 1300
Fort Lauderdale, FL 33394
Email: Buschel@BGlaw-pa.com

The document(s) were served pursuant to F.R.Civ.P. 5(b) by the following means:

| | |
|---|---|
| ☑ | **By electronic transmission.** I served the document(s) by electronically mailing a true and correct copy through Boies Schiller Flexner LLP's electronic mail system to the e-mail address(es) listed above. |
| ☑ | **By overnight delivery.** I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address(es) listed above.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. |
| ☐ | **By United States mail.** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and:<br><br>☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.<br><br>☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. |

  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Date: December 3, 2019

*By:* _____
      Malika Amaru