**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**

Case: 2:19mc83   Doc: 18

Joseph   Vaughnperling
PO Box   4135
Malibu, CA 90264



FILED
CLERK, U.S. DISTRICT COURT
APR 17 2020
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



NIXIE          910     4C   1          7204/15/
    RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD

BC: 90012333299          2347N1061B2-0239

Case: 2:19mc83  Doc: 18

Joseph  Vaughnperling
PO Box  4135
Mailibu, CA 90264

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<28111630@cacd.uscourts.gov>Subject:Activity in Case 2:19-mc-00083-CAS-E Ira Kleiman et al v. Craig Wright Text Only Scheduling Notice Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 7/26/2019 at 4:12 PM PDT and filed on 7/26/2019

| | |
|---|---|
| **Case Name:** | Ira Kleiman et al v. Craig Wright |
| **Case Number:** | 2:19-mc-00083-CAS-E |
| **Filer:** | |
| **Document Number:** | 18(No document attached) |

**Docket Text:**
SCHEDULING NOTICE VACATED by Judge Christina A. Snyder, re: MOTION for Extension of Time to File Motion to Seek Contempt Order filed by Movant In Re Subpoena[17], previously scheduled for 8/26/2019 at 10:00 AM has been terminated. The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing date of 8/26/2019, is hereby vacated, and the matter is hereby taken under submission. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cj) TEXT ONLY ENTRY

**2:19-mc-00083-CAS-E Notice has been electronically mailed to:**
Kinh-Luan Tran    ltran@bsfllp.com, Docket@ltlattorneys.com, joe.tuffaha@ltlattorneys.com
Maxwell V Pritt    mpritt@bsfllp.com, jchavez@bsfllp.com, mlareine@bsfllp.com
**2:19-mc-00083-CAS-E Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**
Joseph Vaughnperling
PO Box 4135
Mailibu, CA 90264