UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Case: 2:19mc83 Doc: 30

Joseph Vaughnperling
PO Box 4135
Mailibu, CA 90264

NIXIE 910 4C 1 7204/15/20

FILED
CLERK, U.S. DISTRICT COURT
APR 17 2020
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Case: 2:19mc83   Doc: 30

Joseph   Vaughnperling
PO Box   4135
Mailibu, CA 90264

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<28493832@cacd.uscourts.gov>Subject:Activity in Case 2:19-mc-00083-CAS-E Ira Kleiman et al v. Craig Wright Order on Motion for Extension of Time to File Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Notice of Electronic Filing**
The following transaction was entered on 9/27/2019 at 4:43 PM PDT and filed on 9/27/2019

| | |
|---|---|
| **Case Name:** | Ira Kleiman et al v. Craig Wright |
| **Case Number:** | 2:19-mc-00083-CAS-E |
| **Filer:** | |
| **Document Number:** | 30 |

**Docket Text:**
**ORDER GRANTING JOINT MOTION FOR EXTENSION [29] by Judge Christina A. Snyder: The hearing on Movants Motion for Second Order Compelling Compliance withSubpoena currently scheduled for October 21, 2019 is continued to December 9, 2019 at 10:00 a.m.[25]. Movants deadline for filing a reply in support of their Motion for Second Order Compelling Compliance with Subpoena is extended from September 30, 2019, to November 14, 2019. (lc)**

**2:19-mc-00083-CAS-E Notice has been electronically mailed to:**
Maxwell V Pritt jchavez@bsfllp.com, mlareine@bsfllp.com, mpritt@bsfllp.com
Robert C Buschel buschel@bglaw-pa.com
Kinh-Luan Tran ltran@bsfllp.com, bsf_lad_records@bsfllp.com
**2:19-mc-00083-CAS-E Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Joseph Vaughnperling
PO Box 4135
Mailibu CA 90264
US



FILED
CLERK, U.S. DISTRICT COURT
09/27/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: KDI DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

IN RE SUBPOENA TO JOSEPH VAUGHN PERLING

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC,

Plaintiffs,

v.

CRAIG WRIGHT,

Defendant.

Misc. Case No. 2:19-MC-00083-CAS-E

Underlying Litigation:
Case No. 9:18-cv-80176-BB
United States District Court
Southern District of Florida

**[DISCOVERY MATTER]**

**ORDER GRANTING JOINT MOTION FOR EXTENSION**

**[PROPOSED] ORDER**

This matter came before the Court on a Joint Motion for Extension, filed by Ira Kleiman, as personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (collectively "Movants"), and Joseph VaughnPerling. The parties jointly sought (1) a 45-day continuance of the hearing scheduled for October 21, 2019, and (2) to extend the deadline in the Court's September 3, 2019 order for filing a reply brief in support of Movants' Motion for Second Order Compelling Compliance with Subpoena from September 30, 2019, to November 14, 2019.

Due and adequate notice having been given to the parties, and the Court having considered the papers and filings in this matter, and good cause appearing, the Court hereby **ORDERS**:

1. The parties' Joint Motion for Extension is **GRANTED**;

2. The hearing on Movants' Motion for Second Order Compelling Compliance with Subpoena currently scheduled for October 21, 2019 is continued to December 9, 2019 at 10:00 a.m.; and

3. Movant's deadline for filing a reply in support of their Motion for Second Order Compelling Compliance with Subpoena is extended from September 30, 2019, to November 14, 2019.

**IT IS SO ORDERED.**

Dated: September 27, 2019

Christina A. Snyder
HON. CHRISTINA A. SNYDER
U.S. DISTRICT COURT JUDGE