**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Case: 2:19mc83  Doc: 32

Joseph  Vaughnperling
PO Box  4135
Mailibu, CA 90264



FILED
CLERK, U.S. DISTRICT COURT
APR 17 2020
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY



RECEIVED
CLERK, U.S. DISTRICT COURT
APR 17 2020
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

NIXIE        910  4C 1              7204/15/20
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD
BC: 90012333299               2347N106182-02411



Case: 2:19mc83   Doc: 32

Joseph   Vaughnperling
PO Box   4135
Mailibu, CA 90264

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<28800246@cacd.uscourts.gov>Subject:Activity in Case 2:19-mc-00083-CAS-E Ira Kleiman et al v. Craig Wright Text Only Scheduling Notice Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 11/19/2019 at 4:13 PM PST and filed on 11/19/2019

| | |
|---|---|
| **Case Name:** | Ira Kleiman et al v. Craig Wright |
| **Case Number:** | 2:19-mc-00083-CAS-E |
| **Filer:** | |
| **Document Number:** | 32(No document attached) |

**Docket Text:**
SCHEDULING NOTICE VACATED by Judge Christina A. Snyder re: MOTION FOR SECOND ORDER COMPELLING COMPLIANCE WITH SUBPOENA[25], previously scheduled for 12/9/2019 at 10:00 AM has been terminated. The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing date of 12/9/2019, is hereby vacated, and the matter is hereby taken under submission. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cj) TEXT ONLY ENTRY

**2:19-mc-00083-CAS-E Notice has been electronically mailed to:**
Kinh-Luan Tran    ltran@bsfllp.com, BSF_LAD_Records@bsfllp.com
Maxwell V Pritt    mpritt@bsfllp.com, jchavez@bsfllp.com, mlareine@bsfllp.com
Robert C Buschel    buschel@bglaw-pa.com, BG.J6R6@case.prolific.com
**2:19-mc-00083-CAS-E Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**
Joseph Vaughnperling
PO Box 4135
Malibu, CA 90264