**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**

Case: 2:19mc0083  Doc: 24

Joseph Vaughnperling
PO Box 4135
Mailibu, CA 90264

-R-T-S-  902645115-1N   04/17/20

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER



FILED
CLERK, U.S. DISTRICT COURT
APR 2 0 2020
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY





RECEIVED
CLERK, U.S. DISTRICT COURT
APR 2 0 2020
CENTRAL DISTRICT OF CALIFORNIA
BY

Case: 2:19mc0083   Doc: 24

Joseph   Vaughnperling
PO Box   4135
Mailibu, CA 90264

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<28332562@cacd.uscourts.gov>Subject:Activity in Case 2:19-mc-00083-CAS-E Ira Kleiman et al v. Craig Wright Order on Motion for Extension of Time to File Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 9/3/2019 at 1:51 PM PDT and filed on 9/3/2019

| | |
|---|---|
| **Case Name:** | Ira Kleiman et al v. Craig Wright |
| **Case Number:** | 2:19-mc-00083-CAS-E |
| **Filer:** | |
| **Document Number:** | 24 |

**Docket Text:**
ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME FOR MOVANTS TO SEEKCONTEMPT ORDER[23] by Judge Christina A. Snyder: The contempt hearing scheduled for September 30, 2019 is continued to October 14, 2019. The briefing schedule for Movants motion for contempt set forth in the Courts July 26, 2019 order is extended as follows: the motion shall be due on or before September 16, 2019,the opposition shall be due on or before September 23, and the reply shall be due on or before September 30. (lc)

**2:19-mc-00083-CAS-E Notice has been electronically mailed to:**
Maxwell V Pritt     jchavez@bsfllp.com, mlareine@bsfllp.com, mpritt@bsfllp.com
Kinh-Luan Tran     joe.tuffaha@ltlattorneys.com, ltran@bsfllp.com, docket@ltlattorneys.com
**2:19-mc-00083-CAS-E Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**
Joseph Vaughnperling
PO Box 4135
Mailibu CA 90264
US

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO JOSEPH VAUGHN PERLING | Misc. Case No. 2:19-MC-00083-CAS-Ex |
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | Underlying Litigation:<br>Case No. 9:18-cv-80176-BB<br>United States District Court<br>Southern District of Florida<br><br>**ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME FOR MOVANTS TO SEEK CONTEMPT ORDER** |

**ORDER**

This matter came before the Court on a Motion for Second Extension of Time for Movants to Seek Contempt Order, filed by Ira Kleiman, as personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC (collectively "Movants". Movants sought (1 a 14-day continuance of the contempt hearing scheduled for September 30, 2019, and (2 to extend the briefing schedule set forth in the Court's July 26, 2019 order as follows: the deadlines to file and serve the motion for contempt for failure to comply by September 16, the opposition by September 23, and the reply by September 30.

Due and adequate notice having been given to the parties, and the Court having considered all papers filed and proceedings had herein, and good causes appearing, the Court hereby ORDERS:

1. Movants' Motion for Second Extension of Time for Movants to Seek Contempt Order is GRANTED;

2. The contempt hearing scheduled for September 30, 2019 is continued to October 21, 2019, at 10:00 A.M.; and

3. The briefing schedule for Movants' motion for contempt set forth in the Court's July 26, 2019 order is extended as follows: the motion shall be due on or before September 16, 2019, the opposition shall be due on or before September 23, and the reply shall be due on or before September 30.

IT IS SO ORDERED.

Dated: September 3, 2019

*Christina A. Snyder*
HON. CHRISTINA A. SNYDER
U.S. DISTRICT COURT JUDGE

---

[PROPOSED] ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME TO SEEK CONTEMPT ORDER

Case No. 2:19-MC-00083-CAS-E

-1-